OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____Texas_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 23 2013
DAVID J. MALAND, CLERK
BY
DEPUTY

UNITED STATES OF AMERICA
V.

JAMES WILLIE EDWARDS (1)
CORI LYNN LEMERE (2)
MARC ANTHONY BOOKER (3)

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 4:13MJ390

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __12/1/11 - 9/20/13__ in __Collin__ County, in
(Date)
the __Eastern__ District of __Texas__ defendant(s)

(Track Statutory Language of Offense)
James Willie Edwards, Cori Lynn Lemere and Marc Anthony Booker conspired, confederated and agreed with other individuals known or unknown, to acquire identification documents and access devices and use them to defraud financial institutions, all

in violation of Title __18__ United States Code, Section(s) __1349__.
I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the
Official Title
following facts:

See attached Affidavit.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Brian D. Hurst, FBI
Printed Name of Complainant

Sworn to before me and signed in my presence,

9/23/2013                                                        at    Sherman              Texas
Date                                                                   City                 State

Amos L. Mazzant          U.S. Magistrate Judge                         _____
Name of Judge            Title of Judge                                Signature of Judge